## DECLARATION OF WILLIAM MCGARRY

Pursuant to 28 U.S.C. 1746, I hereby declare as follows:

1. I, William McGarry, have personal knowledge of the facts contained in this Declaration. I am competent to testify to the matters stated herein, and the following statements in this Declaration are true and accurate.

2. I am currently employed as Vice President of Compliance and Corporate Investigations for Adecco USA, Inc. ("Adecco") at 10151 Deerwood Park Boulevard, Building 200, Suite 400, Jacksonville, Florida. I have held this position since April 2014. In this role, I am responsible for compliance matters in North America for Adecco, including its subsidiaries and related companies such as Special Counsel, Inc. and D4, LLC. I manage the following four departments: (1) contract compliance; (2) internal control testing; (3) branch operations audits, and (4) corporate investigations.

3. I have a B.B.A. in Accounting and a M.S. in Accounting with a concentration in Taxation. I am a Certified Public Account (CPA) licensed in New York from August 2012–August 2015, a Certified Fraud Examiner (CFE), a Certified Compliance & Ethics Professional (CCEP), a Certified Compliance & Ethical Professional – International (CCEP-I), and have a Certification in Risk Management Assurance (CRMA) from The Institute of Internal Auditors, Inc.

4. I have 36 years of experience in conducting investigations and a diverse background that encompasses managing large, complex projects and investigations, business integration, and technology enablement. I also have significant experience in the areas of Sarbanes Oxley (SOX), financial reporting, budgeting/analysis, domestic and international income tax compliance, and auditing. My career initially began in the financial services industry in audit and compliance at KPMG, but then transitioned to the transportation industry where I managed a Finance Controls function in North America. After managing budgeting and planning, financial reporting, financial systems for a fortune 500 technology company, I worked as an advisory services consultant specializing in tax data management solutions. I moved to the staffing industry in 2004 to direct Adecco North America's Financial Systems Team and assumed the roles of SOX and Enterprise Risk Coordinator in 2005. In 2012, I transitioned to Information Management (IM) as a Business Partner for Adecco's Central Services group. In April 2014, I moved back to the Finance organization and assumed responsibility for Adecco's North America compliance.

5. I am familiar with the interrelationships between Adecco, Special Counsel, Inc. ("SCI"), and D4, LLC ("D4).

6. SCI is a Maryland corporation with its principal place of business located at 10151 Deerwood Park Boulevard, Building 200, Suite 300, Jacksonville, Florida. SCI is a wholly-owned subsidiary of ADO Staffing, Inc. (U.S.), which is wholly-owned by Adecco, Inc. (U.S.). Adecco,

1

Inc. is wholly-owned by Adecco AG (Switzerland). Adecco USA, Inc. is also wholly-owned by ADO Staffing, Inc.[1]

7. D4 is a New York Limited Liability Company with its principal place of business at 10151 Deerwood Park Boulevard, Building 200, Suite 400, Jacksonville, Florida. D4's members include Marcello Pozzoni, Gregory Holland, Steven Rudd, and Gerald Robinson, all of whom are citizens of Florida, as well as Laura Chamberlain who is a citizen of the District of Columbia. D4 maintains an office at 20 North Wacker Drive, Suite 3720, Chicago, Illinois 60606. On October 3, 2016, SCI purchased 100% of the member interest in D4. D4 is still in existence but all of its operating business was moved to SCI. D4 currently functions as a division of SCI.

8. From late January 2020 to the present, I have been involved in an internal investigation into matters surrounding Eugene Joseph Tenuta ("Tenuta"), Kohle Tanner Franzen ("Franzen"), Juvenal Carlos Zamudio ("Zamudio"), Christopher Meer Angelo ("Angelo"), Edward Albert Medina, Jr. ("Medina"), and Matter Discovery, LLC ("Matter Discovery"). The investigation has included the review and analysis of thousands of documents from various internal records kept in the regular and ordinary course of Adecco, SCI, and/or D4's business (including their employee files maintained by Human Resources and the documents referenced below), external sources, and numerous on-site and telephone discussions with employees. One of my colleagues, Senior Compliance Analyst Denise N. Brinkley, M.S. also assisted with aspects of the investigation.

## Special Counsel, Inc.

9. SCI was founded in 1987, is a full-service provider of legal consulting, attorney recruiting, legal talent, legal technology, and eDiscovery solutions, and is known as a national leader in this area. Beyond its size and scale, its strength comes from its ability to partner with clients and customers in creating solutions on a case-by-case basis. This comes from fostering, furthering, and promoting the expertise of its people. SCI operates throughout the United States and internationally. It has over 50 offices in 22 states, including in Chicago at 20 North Wacker Drive, Suite 3720, Chicago, Illinois 60606, as well as in London and Shanghai. SCI's affiliated companies and divisions include D4, Parker + Lynch Legal, EQ Legal Consulting, and SCI Legal Talent.

10. Founded in 1997, D4 is a leader in the United States and internationally in data management and eDiscovery solutions, including the identification, collection, and production of electronically stored information. D4 provides a full range of managed data and discovery services to law firms, corporations, and other clients. D4's services include forensic analysis of ESI and electronic devices; expert testimony, and consulting; data identification, preservation, collection, recovery, reduction, processing, and analytics; predictive coding/technology assisted review (TAR); eDiscovery hosting services; legal software training; Office 365 Advanced eDiscovery; professional paper discovery solutions; international eDiscovery services; and managed services for IT infrastructure. D4 was one of the first providers to offer an eDiscovery Managed services

---

[1] ADO Staffing, Inc., Adecco, Inc. (U.S.), Adecco AG (Switzerland), and Adecco USA, Inc. are collectively referred to as "Adecco."

2

solution, which launched in 2011. D4 maintains a strong presence and offices throughout the United States, as well as an office in Shanghai, China, and an office and "Strategic Business Unit" at 20 North Wacker Drive, Suite 3720, Chicago, IL 60606 ("D4 Chicago Office"). In or around October 2014, D4's Chicago Office was formed after acquiring the existing business of Strategic Document Solutions, Inc. ("SDS") of which Tenuta was a 50% owner. D4's headquarters was based out of Rochester, New York until approximately July 2019 and, during that time period, its human resources, marketing, payroll, and other primary business functions were conducted out of New York.

### Background of Tenuta, Franzen, Zamudio, Angelo, and Medina's Employment

11. Tenuta is a former employee of SCI whose employee file indicates that he resides at 17609 Kelsey Lane, Orland Park, Illinois 60467. Tenuta worked in D4's Chicago Office for over five years, initially as Associate Managing Director and then later as an Account Manager, from approximately October 17, 2014 until February 21, 2020. As Associate Managing Director, he reported to the Chief Sales Officer and his compensation included a salary plus performance bonuses based on profitability targets and benefits. My understanding of his responsibilities is that they included managing and overseeing: operational and office management functions; sales activity including corporate legal accounts; growth strategies; advancing and developing D4's industry position; policies, procedures, and systems to achieve company and customer goals including their development and enforcement; quality control policies, procedures, enforcement, and improvements; maintenance of facilities, capabilities, equipment, and staff; production environments; capacity planning; employee interviewing, hiring, performance, objectives, reviews, and training; and supplier relationships, supplies, and production equipment.

12. During his time at D4, among other things, Tenuta: grew D4's Chicago market position, including by generating millions in yearly revenue and substantially increasing operating income, profitability, and employee growth; was praised for his internal award-winning integration of the business he oversaw into the Special Counsel Organization and formally recognized for this at an "All Stars" event; and developed a "loyal following with both internal and external clients." He spent substantial time and effort developing and investing in his Sales Team, was part of D4's training program, secured client relationships, led business development strategy meetings, and implemented processes from other D4 strategic business units into D4's Chicago Office. Tenuta serviced the Chicago metro and other markets. He hired, or played in a substantial role in hiring, Franzen, Zamudio, Angelo, Medina, and numerous other employees that worked in D4's Chicago Office. Tenuta was involuntarily terminated on February 21, 2020.

13. Franzen is a former employee of SCI whose employee file indicates that he resides at 1140 West Lunt Avenue, Chicago, Illinois 606026. Franzen worked as an Account Manager in D4's Chicago Office for over five years from approximately October 2014 to January 1, 2020. Until Franzen resigned, which is explained in further detail below, he was one of four Account Managers in D4's Chicago Office. He reported to the Managing Director, which was Tenuta, and his compensation structure included a base salary plus commissions. My understanding is that his responsibilities included: selling D4's service offerings into new and existing accounts and servicing those accounts; working with new and existing clients to uncover opportunities to fulfill needs; generating and qualifying leads; obtaining and developing client referral sources;

3

monitoring competitors, market conditions, and product development; cultivating and maintaining client relationships; achieving monthly revenue goals and maintaining a minimum standard of weekly activity; entertaining and networking with clients and potential clients; preparing sales action plans and schedules; planning and conducting marketing activities; monitoring and reporting sales activity; regional business development support, marketing, sales, and proposal strategy; conducting market research and surveys; participating in sales events; handling sales calls to new and existing customers; negotiating creative service arrangements with clients; developing sales proposals; creating and delivering Statements of Work; maintaining Sales Activity Reports; and managing sales inquiries and concerns including by phone, email, and in-person. Franzen serviced the Chicago metro and other markets.

14. Franzen was seen as one of D4's top producers. He managed complex and unique service engagements, increased D4's market presence and awareness, nurtured and grew D4's work with some of its largest clients on numerous engagements, presented to large groups of existing and prospective clients, directly increased D4's bottom line profit, developed additional referrals from existing clients, spent substantial time and effort creating and growing opportunities, and generated revenue often in the six-figures on a monthly basis.

15. Zamudio is a former employee of SCI whose employee file indicates that he resides at 1033 West 14th Place, Unit 222, Chicago, Illinois 60608. Zamudio worked as a Client Services Specialist in D4's Chicago Office for over five years from approximately October 17, 2014 to January 1, 2020. He reported to the Managing Director, which was Tenuta, and his compensation structure included a base salary plus commissions. My understanding is that his responsibilities included: directly communicating with, pursuing, maintaining, and servicing clients and client relationships; lead generation; fostering growth of customer base; cultivating and referring client and project opportunities as they arose "through [his] constant interaction with customer base;" entertaining and networking with clients and potential clients; consulting with clients regarding job specifications; accurately documenting client requirements and orders; managing and personally performing client pick-up and deliveries; handling projects with little to no input; supervising aspects of the production staff; and supporting the Director, National Sales, Business Development, and Client Services Group including with job consulting and client relationships. Zamudio serviced the Chicago metro and other markets.

16. Angelo is a former employee of SCI whose employee file indicates that he resides at 2124 Burr Oak Lane, Lindenhurst, Illinois 60046. Angelo worked in D4's Chicago Office for over four years from August 19, 2015 to January 1, 2020 initially as a Production Supervisor and later as Operations Manager. My understanding is that his responsibilities as Production Supervisor included: directing and coordinating projects; meeting client needs, preferences, timelines, requirements, and expectations; directly supervising Production and Quality Assurance Department including as to company policies and applicable laws; training and managing employees; planning, assigning, and directing work; performing a detailed overview of each new project; quality control; managing and assigning production schedules, equipment, and supplies to carry out project plans; daily reports and communications to the Operations Manager including status of daily production operations; daily review and reconciliation of project hours; carrying out company policies, procedures, and goals; and finalizing client projects. Angelo serviced the

4

Chicago metro and other markets. He hired, or played in a substantial role in hiring, Medina and various other employees that worked in D4's Chicago Office.

17. Angelo handled a majority of the communication traffic into the D4 Chicago Office intake system, handled and manage complex and challenging engagements, served as a leader with important projects and key employees, was seen as "supervisor with enormous potential," was instrumental in managing workflow from outside the office, developed and implemented processes to drastically reduce production response time, and utilized specialized guidance and training to manage key financial production metrics.

18. Medina is a former employee of SCI who resides at 6243 West Grace Street, Chicago, Illinois 60634. Medina worked as a Production Assistant in D4's Chicago Office for over two years from approximately November 27, 2017 to January 1, 2020. He reported to the Production Supervisor and Operations Manager, which was Angelo, and my understanding is that he was responsible for: managing highly confidential client information; directly communicating with clients, potential clients, and suppliers; meeting client needs, preferences, timelines, requirements, and expectations; managing, implementing, and enforcing strict quality control processes; operating, maintaining, and repairing a fleet of commercial grade production machines; preparing client projects; supplier relationships, equipment, and supplies; implementing document finishing and distribution methods; carrying out company policies, procedures, and goals; and finalizing client projects. Medina serviced the Chicago metro and other markets.

19. Attached as:

- Exhibit 1-A are true and accurate copies of the Applications for Employment for Angelo, Franzen, Medina, and Zamudio contained in their employee files which are kept in the regular and ordinary course of SCI's business.

- Exhibit 1-B are true and accurate copies of the Confidentiality and Non-Competition Agreements executed by Angelo, Medina, Tenuta, and Zamudio contained in their employee files which are kept in the regular and ordinary course of SCI's business.

- Exhibit 1-C are true and accurate copies of the ADP Policy Acknowledgment Report and New Hire Checklist for Franzen, both of which are contained in Franzen's employee file which is kept in the regular and ordinary course of SCI's business. These records indicate that Franzen executed a Confidentiality and Non-Competition Agreement. The terms of this Confidentiality and Non-Competition Agreement were the same as those manually signed by Angelo, Medina, Tenuta, and Zamudio

- Exhibit 1-D is a true and accurate copy of an Employment Agreement dated October 16, 2014 signed by Tenuta contained in Tenuta's employee file which is kept in the regular and ordinary course of SCI's business.

5

20. Angelo, Franzen, Medina, Tenuta, and Zamudio also agreed—as a condition of their employment—to be bound by various other agreements, policies, and procedures. Attached as:

- Exhibit 1-E are true and accurate copies of the Voluntary Dispute Resolution and Arbitration Program for Colleague Agreements executed by Angelo, Franzen, Medina, Tenuta, and Zamudio contained in their employee files which are kept in the regular and ordinary course of SCI's business.

- Exhibit 1-F is a true and accurate copy of excerpts of the Colleague Handbook with which Angelo, Franzen, Medina, Tenuta, and Zamudio were required to comply which is kept in the regular and ordinary course of SCI's business.

- Exhibit 1-G are true and accurate copies of the acknowledgments certifying compliance with the Colleague Handbook which Franzen and Zamudio signed which are contained in their employee files which are kept in the regular and ordinary course of SCI's business.

- Exhibit 1-H is a true and accurate copy of a Code of Conduct with which Angelo, Franzen, Medina, Tenuta, and Zamudio were required to comply which is kept in the regular and ordinary course of SCI's business.

- Exhibit 1-I are true and accurate copies of the acknowledgments certifying compliance with the Code of Conduct which Franzen and Zamudio signed which are contained in their employee files which are kept in the regular and ordinary course of SCI's business.

- Exhibit 1-J are true and accurate copies of documents memorializing a Security Awareness and Training Program required for every SCI employee that worked in its D4 division that Angelo, Franzen, Medina, Tenuta, and Zamudio signed which are contained in their employee files which are kept in the regular and ordinary course of Adecco's business.

- Exhibit 1-K are true and accurate copies of the acknowledgments certifying completion of the Security Awareness and Training Program signed by Angelo, Medina, Tenuta and Zamudio which are contained in their employee files which are kept in the regular and ordinary course of SCI's business.

- Exhibit 1-L are true and accurate copy of the Acknowledgment of Receipt of Equipment Agreements for Franzen, Tenuta, and Zamudio signed which is contained in their employee files which are kept in the regular and ordinary course of SCI's business.

- Exhibit 1-M is a true and accurate copy of the Cell Phone Allowance/BYOD Agreements signed by Tenuta which is contained in his employee file which is kept in the regular and ordinary course of SCI's business.

6

- Exhibit 1-N are true and accurate copies of the Training Transcripts for Angelo, Franzen, Medina, Tenuta, and Zamudio documenting their completion of various trainings and review of policies which are contained in their employee files which are kept in the regular and ordinary course of SCI's business.

21. Given the nature of D4's business, the matters and projects it handles—including those Tenuta, Franzen, Zamudio, Angelo, and Medina during their employment—frequently involve voluminous business, commercial, medical, and personal information in electronic and paper form considered and/or expressly designed as confidential, sensitive, highly confidential, and/or trade secret. This information is often strictly prohibited from disclosure by court order, state and federal law, contract, and/or common law.

### Matter Discovery, LLC

22. According to the Illinois Secretary of State, Matter Discovery is an Illinois Limited Liability Corporation organized on August 1, 2019. (Exhibit 1-O, Matter Discovery Corporation/LLC Search/Certificate of Good Standing). The "Principal Office" listed for Matter Discovery with the Secretary of State, which differs from the main office that the company is currently operating out of according to its website, matches Franzen's home address from his employee file. (Id.). The statutory agent listed for Matter Discovery with the Secretary of State is attorney Josh Kaplan. (Id.). This is the same attorney listed as counsel for Tenuta in his October 16, 2014 Employment Agreement with D4. (Id.; Ex. 1-D, Tenuta Employment Agreement). When I spoke with Tenuta, he admitted referring Franzen to Kaplan for purposes of setting up the business that became Matter Discovery. (Ex. 1-O, Matter Discovery Corporation/LLC Search/Certificate of Good Standing). Franzen is listed with the Secretary of State as the only LLC Manager for Matter Discovery. (Id.). Neither SCI nor D4 had knowledge of Matter Discovery until well after Franzen, Zamudio, and Medina resigned and never consented to its creation or operations.

23. According to its website, www.matterdiscovery.com, Matter Discovery's main office is located at 226 South Wabash Avenue, Suite 200, Chicago, Illinois 60604, which is 0.8 miles away from the D4's Chicago Office that Tenuta, Franzen, Zamudio, Angelo, and Medina primarily worked out of while employed by D4. (Exhibit 1-P, Matter Discovery Website) (last accessed March 1, 2020); (Exhibit 1-Q, Google Maps) (last accessed February 27, 2020). Matter Discovery's website indicates that its services focus in the area of eDiscovery, Forensics and Collections, and Paper Discovery. (Ex. 1-P, Matter Discovery Website). Its website states that it "handles everything from Data Management, Digital Investigations, to eDiscovery, and printing, copying and scanning for small to large law firms and corporate legal departments." (Id.). It has a "Services" page describing its services in the areas of eDiscovery, Forensics and Collections, and Paper Discovery in detail. (Id.). In the eDiscovery section, it states that it "employs a highly defensible method for identifying, preserving, and collection Electronically Stored Information (ESI), whether it is located on a computer, network, cloud, or mobile device." (Id.). Its services in this area include: "Preservation and collection of data from social networking sites; Preservation and collection of data from cloud-based storage repositories; Collection of ESI from smart phones, cellphones, tablets, etc.; Remote collection services; Collection of corporate or personal email

7

accounts, as well as, third party accounts; ESI processing (deDupe, intake & analysis, data reduction, etc.); ESI Hosting." (Id). In the Forensics and Collections section, Matter Discovery states that the "Matter Discovery Forensic group will investigate and answer any issues surrounding a particular incident or event where suspicious activity with regards to data is presumed." (Id.). Its services in this area include: "Recover deleted files and file fragments related to a specific case; Provide expert testimony; Analysis of hard drives and other media using industry accepted software and hardware; Small to large-scale collections ranging from one custodian to hundreds; Preservation and collection of data from social networking sites; and Collection of ESI from cell phones, smart phones, and tablets, etc." (Id.).

24. Attached as Exhibit 1-R is a true and accurate copy of a November 19, 2019 email from representatives of Konica Minolta to Tenuta's SCI email account, Gene.Tenuta@SpecialCounsel.com, which was obtained from Tenuta's email account. The email appears to acknowledge receipt of an email Tenuta sent to another Konica Minolta employee and asks to set up a telephone call. Tenuta responded to that email setting a call for November 20, 2019. (Ex. 1-R). A true and accurate copy of a calendar entry appearing to show a call between Tenuta and Konica Minolta's representative, which was obtained from Tenuta's SCI email account, is attached as Exhibit 1-S.

25. Attached as Exhibit 1-T is a true and accurate copy of a November 22, 2019 email from representatives of Konica Minolta to Tenuta's SCI email account, containing two attachments: (1) "Matter Discovery Proposal.pptx;" and (2) "Specification Sheets Production." Although this email was deleted from the "Deleted Items" folder of Tenuta's SCI email account, it was recovered by IT and obtained during the investigation. The email appears to thank Tenuta "for the opportunity to earn [his] business," said who would be "handl[ing] the day to day operations," and identified a proposed fleet of commercial-grade, production-level printing, copying, scanning, and all-in-one machines. (Id.). The "Executive Summary" section of the "Matter Discovery Proposal.pptx" file states that "Matter Discovery LLC is a legal discovery company providing services to the legal community throughout the United States." (Id.). It also referenced a prior call with Tenuta and, after "looking at the past fleet used by a similar discovery company," it was "determined that Matter Discovery LLC would need" a "fleet" of main and backup production-level devices, which, among other needs would handle the bulk of their printing needs, allow scanning wide format materials. (Id.). These communications appear to have been for and on behalf of Matter Discovery and were not for or on behalf of D4 or authorized by D4. Also, the reference in the email to the "past fleet used by a similar discovery company" appears to refer to D4's fleet of machines in its Chicago Office.

26. Attached as Exhibit 1-NN is a copy of the cell phone call history for Angelo's SCI issued cell phone for June 2019–January 2020 showing calls with Franzen, Konica Minolta, Tenuta, and Zamudio. Angelo's phone number is (312) 806-0875, Franzen's phone number is (312) 282-0990, Konica Minolta's phone numbers are (312) 446-9468 and (312) 701-9250, Tenuta's phone number is (312) 320-1666, and Zamudio's phone number is (312) 714-7053. (Ex. 1-NN, Angelo Call History). Between June 28, 2019 and November 19, 2019, it appears Angelo's phone had 34 calls with Konica Minolta. (Id.).

8

27. D4's Chicago Office leases a van to assist with transportation and delivery of projects to and from customers. It is parked at a garage near D4's Chicago Office and required to be parked here when not being used in connection with authorized D4 business or other matters. Tenuta has a key to the van and Angelo also had access to the vehicle.

28. Attached as Exhibit 1-U is the access log showing the dates and time the van entered and exited the parking garage located at 32 S. Jefferson St., Chicago, IL 60661. On November 21, 2019, at 11:09 AM CST, the van exited the garage and did not return until November 22, 2019 at 8:20 AM CST. (Ex. U, Garage Access Log). Based on the manner in which the van was used in D4's business, it would be extremely unusual, if not implausible, for the van to be away from the garage on authorized business on behalf of D4 for this length of time. This record appears to show that Tenuta used the van to meet with Konica Minolta on behalf of Matter Discovery and not for or on behalf of D4 or authorized by D4.

29. SCI employees that work in D4's Chicago Office have badges they must swipe to gain access to the Chicago Office. The date and time of each swipe in recorded in an access log kept in the regular and ordinary course of D4's business. From October 25, 2019 to December 10, 2019, Tenuta did not swipe in a single time. A true and accurate copy of Tenuta's badge access log is attached as Exhibit 1-V.

30. I learned that Angelo approached Production Assistant Virgie Conanan in D4's Chicago Office sometime in early December 2019 to offer her a job at a new business venture, which she declined.

31. Attached as Exhibit 1-W is a true and accurate copy of a December 26, 2019 email at 4:59 PM CST, obtained from Zamudio's SCI email account, that Zamudio sent from his SCI email account to his personal email account, juvenal.zamudio@gmail.com, forwarding himself files a D4 Client submitted to D4's production email account, ChicagoProduction@d4discovery.com. (Ex 1-W, Forwarded Email). The initial email shows that a D4 client submitted a job request to the Hightail secure file-sharing service, which automatically issues a job request via email to D4's production box and employees including Franzen, Zamudio, Angelo, and Tenuta. (Id.). This client appears to be located at One North Franklin, Chicago, Illinois, 60606, 0.2 miles from D4's Chicago office, which Tenuta, Franzen, Zamudio, Angelo, and Medina worked while still employed. (Exhibit 1-KK, Google Maps) (last visited March 1, 2020).

32. On December 31, 2019, this same D4 client submitted three separate job requests via Hightail to D4's production box. During the investigation, I learned that no job ticket was created for these requests nor were they entered into D4's manual log. This is unusual as D4's practice to create a job ticket for all of the submissions that come in and to later void out the ticket if the request is cancelled or otherwise terminated. That day, Franzen (arrived 9:59 AM CST), Zamudio (arrived 10:01 AM CST), and Medina (arrived 10:52 AM CST) all swiped into D4's Chicago Office using their badge and all three had access to D4's production inbox. True and Accurate Copies of Franzen, Medina, and Zamudio's badge access logs are attached as Exhibit 1-X.

9

33. The same D4 client usually submitted job requests via Hightail but beginning in January of 2020, Tenuta began submitting that clients requests via Hightail. Attached as Exhibit 1-Y is a true and accurate copy of a January 13, 2020 email obtained from D4's Chicago Production email account which appears to show Tenuta submitted a request on behalf of that D4 client. The directions for the job request also states that "Gene [Tenuta] will deliver tomorrow," which would allow Tenuta or Angelo to deliver the request on behalf of Matter Discovery and not D4. (Id.).

34. On December 26, 2019, the D4 Chicago office van exited the garage at which it was stored at 9:47 AM CST and did not return until December 27, 2019 at 11:15 AM CST. (Ex. 1-U, Garage Access Log). On December 26, 2019, Angelo placed 2 calls to Zamudio at 10:00 AM CST and 11:18 AM CST. (Ex. 1-NN, Angelo Call History). On December 27, 2019, Angelo's phone placed 3 calls to Zamudio at 12:03 AM CST, 2:06 PM CST, and 4:22 PM CST; 1 call to Franzen at 12:00 PM CST; and 1 call to Tenuta at 12:06 PM CST. (Id.). On December 30, 2019, the van was gone from the garage for about 6.5 hours. (Ex. 1-U, Garage Access Log) On December 30, 2019, the van exited the garage at 5:22 PM CST and did not return until December 31, 2019 at 12:25 PM CST. (Id.). It would be highly unusual for the van to be away from the garage on authorized business on behalf of D4 for these lengths of time, particularly given the proximity to the holidays and how many employees were working on these days.

35. On December 31, 2019, Franzen, Zamudio, and Medina formally submitted their voluntary resignations. Their terminations were effective on January 1, 2020. SCI was not aware of any advance notice provided of their impending resignations before this time. Attached as Exhibit 1-Z is a true and accurate copy of Franzen's resignation email, sent at 12:31 PM CST, from his employee file kept in the regular and ordinary course of SCI's business. Franzen's resignation email expressed thanks for the "opportunity to grow this amazing company," said his time at D4 was "nothing short of amazing for [him]self personally and professionally," and made no reference to his creation of Matter Discovery, his work there while employed by SCI, or that he was or would be working there. (Ex. 1-Z, Franzen's Resignation). Franzen also provided instructions for payment of his December commission (to be paid on January 31, 2020) and final paycheck. (Id.). According to his employee file, his last paycheck was issued on January 17, 2020. (Id.). Just before Franzen sent his resignation email, at 12:07 PM CST, it appears that Zamudio called Angelo's phone. (Ex. 1-NN, Angelo Call History).

36. D4's Chicago Office owns several hand truck dollies, which are used to transport boxes when delivering projects to customers. One was reported missing on January 2, 2020 and still has not been located.

37. I was informed that on January 6, 2020, on the heels of the resignations of the Franzen, Zamudio, and Medina, Tenuta suggested to Aaron Duncan, SCI Vice President of Discovery Services, and Jason Schroeder, Operations Director Local Discovery Center, that SCI should "shut this place down," referring to D4's Chicago Office. At 5:59 PM CST that day, it appears that Tenuta called Angelo's phone. (Ex. 1-NN, Angelo Call History).

38. I learned that Angelo placed an order with one of D4's vendors for supplies on January 8, 2020. Instead of having the supplies delivered to D4's office, which was the regular

10

practice, Angelo and Tenuta went to pick up the supplies. When they returned to D4's office, another employee, Eberardo Herrera ("Herrera"), Lead Production Assistant, helped unload the supplies. At 5:27 PM CST, it appears that Angelo's phone placed a call to Zamudio, who resigned the week prior, which lasted 4 minutes. (Ex. 1-NN: Angelo Call History). When Herrera received the invoice days later, he noticed that only half of the ordered supplies were brought to D4's office. It is believed that the remaining supplies may have been delivered to Matter Discovery, Franzen, or Zamudio for use in Matter Discovery's business.

39. The garage access log reflects that the D4 Chicago Office van exited the parking garage at which it was stored at 9:24 AM CST on Friday January 10, 2020 and returning at 7:02 PM CST on Sunday January 12, 2020. (Ex. 1-U, Garage Access Log). It would be extremely unusual for the van to be away from the garage on authorized business on behalf of D4 for this length of time. At 4:12 PM CST on January 10, 2019, it appears Tenuta called Angelo's phone. (Ex. 1-NN, Angelo Call History). D4 recently recovered two documents from inside its van: (1) a January 10, 2020 parking ticket for parking in a commercial loading zone issued at 4:21 PM CST; and (2) a January 11, 2020 parking garage receipt issued at 10:22 AM CST. A true and accurate copy of the January 10, 2020 parking ticket is attached as Exhibit 1-AA and a true and accurate copy of the January 11, 2020 parking garage receipt is attached as Exhibit 1-BB. The address on the January 10, 2020 parking ticket is 232 S. Wabash Ave., Chicago, Illinois, 60604, which is located on the same block as, and only 135 feet from, Matter Discovery's office. (Exhibit 1-CC, Google Maps) (last accessed February 27, 2020). The address on the January 11, 2020 parking garage receipt is 231 S. Wabash Ave., Chicago, Illinois 60604, which is located on the same block as, only 292 feet away from, Matter Discovery's office. (Exhibit 1-DD, Google Maps) (last accessed February 27, 2020). Based on this information, it appears that Franzen, Zamudio, and/or Angelo, may have used D4's company van for Matter Discovery's business.

40. Attached as Exhibit 1-EE is a true and accurate copy of an email exchange from January 21, 2020 with the subject "New Company" between Zamudio and a D4 law firm client, which on February 20, 2020 the client internally forwarded with a copy to Zamudio's Special Counsel email account. The email appears to show that on January 21, 2020, Zamudio, while acting on behalf of Matter Discovery, in his role as Director of Administration, and from his jzamudio@matterdiscovery.com account, directly solicited D4's client. (Ex. 1-EE, New Company Email). In the email, Zamudio states "I'm no longer with D4," "I have started my own company," "[w]e do everything that D4 offers including the tr[ial] boards, and I would like to retain your business." (Id.). The law firm client in this email, which Tenuta, Franzen, Zamudio, Angelo, and Medina had contact with or worked with at D4, appears to be located at 150 N Michigan Ave #1100, Chicago, IL 60601. (Id.). This address is 0.9 miles from D4's Chicago Office. (Exhibit 1-FF, Google Maps) (last accessed February 27, 2020). Additionally, although Franzen is listed as the only Manager of Matter Discovery on the Illinois Secretary of State website, this appears to reflect that Zamudio is representing that he is one of the individuals that "started [the] company." (Ex. 1-EE, New Company Email). Also on January 21, 2020, it appears that Angelo's phone called Franzen at 9:12 AM CST, called Konica Minolta at 11:20 AM CST, and called Franzen again at 11:27 AM CST. (Ex. 1-NN: Angelo Call History).

41. Attached as Exhibit 1-GG is a true and accurate copy of a January 20, 2020 email obtained from Tenuta's SCI email account in which Tenuta sent a "Test" email from his personal

11

email account, etenuta@aol.com. Attached as Exhibit 1-HH is a true and accurate copy of a January 31, 2020 email obtained from Tenuta's SCI email account to this same personal email account forwarding copies of D4's Standard Statement of Work Agreement and D4's Pricing Estimate for one of its clients.

42. For a D4 client located at 444 West Lake Street, Suite 900, Chicago, IL 60606, which Tenuta, Franzen, Zamudio, Angelo, and Medina worked with at D4, D4's records reflect 14 job tickets (6 in December 2019, 8 in January 2020) for which it does not have a corresponding invoice or any record of payment for the jobs. On January 22, 2020 at 10:29 AM CST, the client submitted a request via Hightail to D4's Chicago Production email account requesting a production job involving single-sided legal documents, which was assigned Opportunity No. 35-0120-113. A true and accurate copy of this email is attached as Exhibit 1-II and was obtained from D4's Chicago Production email account. Less than an hour later, at 11:24 AM CST, Tenuta submitted a separate job request via Hightail to D4's Chicago Production email account requesting double-sided versions of the same document. A true and accurate copy of this email is attached as Exhibit 1-JJ and was obtained from D4's Chicago Production email account. During a meeting that Account Manager Lee Albanese and I had with this client on February 27, 2020, the client indicated that it submitted the second request for the double-sided production job to Matter Discovery and not D4. This client also indicated during this meeting that it had a call with Franzen from Matter Discovery about this job that Franzen sent the client an email about it, and that Matter Discovery ultimately delivered the single-sided production job that was sent only to D4.

43. For a D4 client located at One North Franklin, Suite 1900, Chicago, Illinois 606006, which Tenuta, Franzen, Zamudio, Angelo, and Medina worked with at D4, D4's records reflect 31 job tickets (23 in December 2019, 8 in January 2020) for which it does not have a corresponding invoice or any record of payment for the jobs. D4's records reflect that either Angelo or Tenuta would be the ones to deliver these projects to the client.

44. On February 1, 2020, Angelo formally submitted his voluntary resignation effective immediately. Attached as Exhibit 1-LL is a true and accurate copy of Angelo's resignation email from his employee file kept in the regular and ordinary course of D4's business. Angelo's resignation email cited "personal" and "family" matters he needed to take care of immediately and, in a portion directed to Tenuta, stated:

> Gene, Thank you for giving me a[n] opportunity to work with you and your Chicago Team, You still have a great team behind who will help you restart our D4 Chicago Office. I will not disappear from here, I will be in the office Monday morning to hand you some stuff . . . .

(Id.). Angelo stated that he was returning to DTI, LLC, which is where he worked before D4.

45. When a job or order comes in from a client at D4's Chicago Office, it comes into a centralized email account, ChicagoProduction@D4discovery.com, to which Tenuta, Franzen, Zamudio, Angelo, and Medina all had access and used frequently. When a new job comes into this this account, the person managing the centralized inbox on a particular day generates a job ticket for each request and sequentially assigns it a job number. These job tickets and numbers are

12

recorded in a manual log. The job is either given to the Production Supervisor or the Production Lead to complete or to assign to a Production Assistance for completion. Upon completion of the job, the job ticket, meter sheet(s), and support for other billable items are reviewed by the Production Supervisor. Once approved, the package is given to the appropriate Account Manager for pricing. At this time, the Account Manager enters the job into the D4 Chicago LDC SalesForce instance and the job is assigned an opportunity number by the software. Priced job tickets are then provided to the Production Lead and the billables/metrics are input into the D4 Chicago LDC SalesForce instance for the applicable opportunity. The billable job data is exported from SalesForce by the Service Center Billing Department (located in Jacksonville, FL), and is loaded into the PeopleSoft Financials (v8.4) Billing sub-leger, and the client is invoiced accordingly.

46. In late January 2020, Herrera learned that part of D4's manual log was missing and he asked Angelo about it. After their conversation, Angelo went to speak with Tenuta and reported back to Herrera that Tenuta had taken the logs without any further explanation. At a later time, when Tenuta was interviewed and asked why he took the logs, he said that he took them home and was working on a request from a client regarding missing client matter numbers on invoices. This explanation appears to be illogical because the job ticket is needed to reconcile any billing/invoice detail issues. Tenuta returned part of the manual log but much of it is still missing. Although D4 has diligently attempted to compile the missing parts of the log from other sources of information—some of which Tenuta and Angelo are not believed to have known existed while at D4—61 job tickets from January 2020 are missing totaling $11,500. (Ex. 1-MM, Excel Spreadsheet of Recreated January 2020 Job Tickets). Another 57 from December 2019 are missing. Almost all of the missing job tickets are for D4 clients Franzen serviced while working there. D4 reasonably believes various other job tickets from the prior months are also missing. At least one D4 client has followed up about missing invoices. The missing log, coupled with the missing job tickets creates an opportunity for work completed and delivered by D4 to not be billed by D4, and/or for another entity (*i.e.* Matter Discovery) to bill D4 clients for this work.

47. In addition to the missing job tickets, during the investigation I learned that the total number of job opportunities or new requests from clients has decreased. There were 192 opportunities for August 2019, 199 for September 2019, 211 for October 2019, 144 opportunities for November 2019, 132 for December 2019, and 145 for January 2020. D4 reasonably believes that the drop off in opportunities correlates with Franzen, Zamudio, Medina, Angelo, and Tenuta, among other things, taking D4's opportunities and allowing Matter Discovery to complete the requests or processing jobs through D4 that were delivered and invoiced by Matter Discovery.

48. Angelo had been using a SCI-issued cell phone, and at or around the time of his resignation, he gave the phone to Tenuta. When Tenuta turned in Angelo's phone into corporate, it had been wiped and it appears Angelo stopped using his phone on January 23, 2020 given the abrupt drop off in calls. (Ex. 1-NN, Angelo's Call History). The records appear to reflect that Angelo's phone had 14 calls with Franzen in November 2019, 22 calls with Franzen in December 2019, and 37 calls with Franzen in January 2020, 59 of which were after Franzen resigned. (Id.). The records also appear to reflect that Angelo's phone had 4 calls with Tenuta in November 2019, 3 calls with Tenuta in December 2019, and 16 calls with Tenuta in January 2020. (Id.). The records appear to reflect that Angelo's phone had 10 calls with Zamudio in December 2019 and 19 calls

13

in January 2020. (Id.). The records appear to reflect that Angelo's phone had 9 calls with Konica Minolta in November 2019 and 4 calls in January 2020. (Id.).

49. Attached as Exhibit 1-OO are true and accurate copies of emails from Tenuta's SCI email account and a large D4 client regarding a February 6, 2020 meeting that was obtained from Tenuta's SCI email account. Shortly after Tenuta's meeting with this client, Tenuta sent an email to Herrera in which Tenuta asked for D4's pricing information for this client. Attached as Exhibit 1-PP is a true and accurate copy of the email sent from Herrera's SCI email account to Tenuta's SCI email account which was obtained from Tenuta's SCI email account. Tenuta did not inform his supervisor of this meeting at the time as was the usual practice for this type of meeting.

50. Attached as Exhibit 1-QQ is a true and accurate copy of an email from February 7, 2020 from a law firm client of D4 sent to D4 during this investigation. In this email, D4's law firm client appears to confirm that Zamudio and Franzen "create their own business – Matter Discovery" and that Zamudio had "reach[ed] out" about it. (Ex. 1-QQ, 2/7/20 Fernandez/Albanese Email). The law firm client that sent this email, which Tenuta, Franzen, Zamudio, Angelo, and Medina worked with at D4, appears to be located at 10 S Riverside Plaza, Chicago, IL 60606. (Ex. 1-RR, Google Maps) (last accessed February 27, 2020). This address is 0.1 miles from D4's Chicago Office. (Id.).

51. I learned that Tenuta directed D4's production staff employees: (1) not to directly communicate with any clients directly and that all client communications needed to go through Tenuta, which was unusual given their frequency and history of direct client interactions; (2) not to use the boxes D4 typically used with its company logo and to use blank boxes without D4's logo instead when delivering projects to clients; and (3) to start looking for new jobs because D4's Chicago Office would not be open much longer. Tenuta recently admitted that he spoke with Medina a few days before Medina submitted his resignation.

52. On February 21, 2019, SCI terminated Tenuta's employment.

53. From when Matter Discovery was created on August 1, 2019 through their final payments from D4, (1) Franzen was paid $47,729.92 in salary plus $33,782.55 in commissions; (2) Zamudio was paid $16,510.44 in salary alone; (3) Medina was paid $12,135.66 in salary alone; (4) Angelo was paid $30,181.84 in salary alone; and (5) Tenuta was paid 48,897.87 plus $4,720.79 in commissions.

54. Matter Discovery's website appears to list a "Houston" office on its website, though no physical address for an office is listed. (Ex. 1-P, Matter Discovery Website) (last accessed March 1, 2020). A large client of D4's Chicago Office with an office at 30 South Wacker Drive, Suite 900, Chicago, IL 60606 does substantial business is in Houston, Texas. Tenuta, Franzen, Angelo, Zamudio, and Medina worked with this client frequently at D4. I learned that before Tenuta resigned he suggested opening a Houston office.

55. Based on my role, experience, qualifications, knowledge of the businesses of Adecco, SCI, and D4, and investigation into this matter including numerous interviews and reviewing and analyzing various documents, it appears, among other things, that:

14

- Matter Discovery is a direct competitor of D4.
- Franzen, with the assistance of Tenuta, Zamudio, Angelo, and/or Medina, set up the competing Matter Discovery business over five months before he, Zamudio, and Medina resigned effective January 1, 2020 and while all were all still employed by SCI.
- Tenuta, Franzen, Zamudio, Angelo, and/or Medina began planning, organizing, assisting, and/or working for or on behalf of Matter Discovery while all were still employed by SCI, without knowledge or consent, and while using D4 resources.
- While Angelo was still employed by SCI, he solicited an employee of SCI for employment at Matter Discovery.
- Before resigning, they extensively discussed and closely coordinated their planned resignations, with each other, with Angelo and Medina, and/or with other D4 employees that they solicited and/or attempted to solicit.
- Tenuta, and/or Angelo used D4's van to conduct business on behalf of Matter Discovery while they were employed with D4.
- Matter Discovery, through Franzen, Zamudio, Angelo, and others, are directly soliciting D4's clients.

56. I declare under the penalty of perjury that the foregoing information is true and accurate to the best of my personal knowledge, information, and belief.

Executed on this 3rd day of March 2020.

_William McGarry_
William McGarry